| AO 10<br>Rev. 1/2007 | | |

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Scalia, Antonin | 2. Court or Organization<br><br>Supreme Court of the U.S. | 3. Date of Report<br><br>05/15/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Associate Justice | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>Supreme Court of the U.S.<br>One First Street, N.E.<br>Washington, D.C. 20543 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Honorary Member | U.S. Association of Constitutional Law |
| 2. Advisory Board Member | Temple University Law School Program in People's Republic of China |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2006 | Hofstra University - Teaching | $ 7,500 |
| 2. | 2006 | Keren Keshet-The Rainbow Foundation - Teaching | $ 5,000 |
| 3. | 2006 | Mississippi College School of Law - Teaching | $ 2,000 |
| 4. | 2006 | University of Connecticut - Teaching | $ 10,000 |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Catholic Press | Oct. 7 - Chicago, IL, Speech/Transportation, Food |
| 2. | Bar Association of Metropolitan St. Louis | May 3 - St. Louis, MO, Speech/Transportation, Food |
| 3. | Boston Catholic Lawyers' Guild | Mar. 25-26 - Boston, MA, Speech/Transportation, Food, and Lodging |
| 4. | Columbia School of Law | Apr. 9-10 - New York, NY, Moot Court, Teaching/Transportation, Food, and Lodging |
| 5. | Europa Institut Zuerich | Mar. 6-9 - Zurich, Switzerland, Seminar/Transportation, Food, and Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2007 |

6.  Federalist Society — Feb. 22-23 - Milwaukee, WI, Speech/Transportation, Food, and Lodging

7.  Federalist Society — Oct. 26 - Denver, CO, Speech/Transportation, Food

8.  Fulbright United States - Israel Educational Foundation — Jan. 22-30 - Jerusalem, Israel, Conference/Transportation, Food, and Lodging

9.  Harvard University — Nov. 29-30 - Cambridge, MA, Teaching/Transportation, Food, and Lodging

10.  Hofstra University — July 22-Aug. 3 - Sorrento, Italy, Teaching/ Transportation, Food, and Lodging

11.  Mentor Group — Nov. 3-4 - New York, NY, Ends of the Earth Annual Dinner/Food, and Lodging

12.  Mississippi College School of Law — Apr. 4 - Jackson, MS, Moot Court, Teaching/Transportation, Food

13.  National Wild Turkey Federation, Inc. — Feb. 24-26 - Nashville, TN, Speech/Transportation, Food, and Lodging

14.  New England School of Law — Mar. 14-15 - Boston, MA, Teaching/Transportation, Food, and Lodging

15.  New York Law School — Mar. 24-25 - New York, NY, Speech/Transportation, Food, and Lodging

16.  New York Public Library — Mar. 13-14 - New York, NY, Speech/Transportation, Food, and Lodging

17.  Northwestern University — Sept. 29 - Chicago, IL, Teaching/Transportation, Food

18.  Pontifical Catholic University of Puerto Rico — Feb. 9-14 - Ponce, Puerto Rico, Speeches/Transportation, Food, and Lodging.

19.  Union League Club — May 25-26 - New York, NY, Speech & Award ceremony/Transportation, Food, and Lodging

20.  United States Military Academy — Apr. 12 - West Point, NY, Speech/Transportation, Food, and Lodging

21.  University of Connecticut School of Law — Apr. 11-12 - Hartford, CT, Teaching/Transportation, Food, and Lodging

22.  University of San Diego — Aug. 28-31 - San Diego, CA, Teaching/Transportation, Food, and Lodging

23.  University of St. Thomas School of Law — Sept. 22 - St. Paul, MN, Speech/Transportation, Food

24.  Wyoming State Bar — June 1-4 - Jackson Hole, WY, CLE Course, Speech/Transportation, Food, and Lodging

25.  Yale Law School/Yale Political Union — Nov. 9-10, New Haven, CT, Teaching/Transportation, Food, and Lodging

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Washington Golf and Tennis Club | Honorary Membership | $ 4,000 |
| 2. | University Club | Honorary Membership | $ 1,500 |
| 3. | Harvard Law School | Original correspondence of Justice Joseph Story | $ 600 |
| 4. | National Wild Turkey Federation, Inc. | Rifle | $ 600 |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | NW Mutual Life Insurance Company | Loan on insurance | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TIAA-CREF | D | Interest | M | T | | | | | |
| 2. Chevy Chase Bank Account | A | Interest | K | T | | | | | |
| 3. American Funds Growth Fund of America A (AGTHX) | A | Dividend | L | T | | | | | |
| 4. America Funds Investment Company of America A (AIVSX) | A | Dividend | K | T | | | | | |
| 5. American Funds Fundamental Investors A (ANCFX) | A | Dividend | K | T | | | | | |
| 6. American Funds New Perspective Fund (ANWPX) | | None | L | T | | | | | |
| 7. American Funds Washington Mutual Investors Fund A (AWSHX) | A | Dividend | K | T | | | | | |
| 8. American Funds Intermediate Bond Fund of America A (AIBAX) | A | Dividend | K | T | buy | 02/15 | J | | |
| 9. American Funds AMCAP Fund A | A | Dividend | K | T | buy | 02/15 | K | | |
| 10. American Funds U.S. Government Securities Fund A | B | Dividend | K | T | buy | 02/15 | K | | |
| 11. American Funds American High Income Trust A | D | Dividend | L | T | buy | 02/15 | L | | |
| 12. American Funds American Mutual Fund Class A | A | Dividend | M | T | buy | 02/15 | L | | |
| 13. American Funds Bond Fund of America A | D | Dividend | M | T | buy | 02/15 | M | | |
| 14. American Funds Capital Income Builder A | C | Dividend | L | T | buy | 02/15 | L | | |
| 15. American Funds Capital World Bond Fund A | B | Dividend | K | T | | | | | |
| 16. American Funds Capital World Growth & Income Fund A | B | Dividend | L | T | buy | 02/15 | K | | |
| 17. American Funds Income Fund of America A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Federated Capital Reserves money market fund | A | Dividend | J | T | | | | | |
| 19. Pershing Government Account money market fund | A | Dividend | K | T | part redeem | 02/15 | N | A | |
| 20. American Funds EuroPacific Growth A | | None | K | T | buy | 02/15 | K | | |
| 21. | | | | | | | | | |
| 22. | | | | | | | | | |
| 23. | | | | | | | | | |
| 24. | | | | | | | | | |
| 25. | | | | | | | | | |
| 26. | | | | | | | | | |
| 27. | | | | | | | | | |
| 28. | | | | | | | | | |
| 29. | | | | | | | | | |
| 30. | | | | | | | | | |
| 31. | | | | | | | | | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. TRUST #1 | D | Dividend | O | T | | | | | |
| 36. -ML Bd Fd Core Bd Pt A | | | | | | | | | |
| 37. -ML Bond Fd Core Bd Pt F | | | | | | | | | |
| 38. -ML Basic Value Fd Cl A | | | | | | | | | |
| 39. -ML Basic Value Fd Cl I | | | | | | | | | |
| 40. -ML Equity Dividend Cl B | | | | | | | | | |
| 41. -ML Fundamental Growth A | | | | | | | | | |
| 42. -ML Fundamental Growth I | | | | | | | | | |
| 43. -ML Global Allocation A | | | | | | | | | |
| 44. -ML Global Allocation I | | | | | | | | | |
| 45. -ML Global Financial Svc | | | | | | | | | |
| 46. -ML Global Smallcap Cl I | | | | | | | | | |
| 47. -ML Large Cap Core | | | | | | | | | |
| 48. -ML Short Term U.S. | | | | | | | | | |
| 49. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Trust #1

    Formerly referred to as Trust #2

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____   Date _May 15, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544